IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DENNIS HETZEL,

        Plaintiff,                      JUDGMENT IN A CIVIL CASE

v.                                  Case No. 13-cv-772-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Dennis Hetzel reversing the decision of defendant Carolyn W. Colvin denying plaintiff's application for disability insurance benefits and supplemental security income and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).


      _____s/ A. Wiseman, Deputy Clerk_____        _____September 23, 2014_____
           Peter Oppeneer, Clerk of Court                          Date