IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS HETZEL,

   Plaintiff,         JUDGMENT IN A CIVIL CASE

v.                Case No. 13-cv-772-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

   Defendant.

   This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has been
rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered awarding attorney fees under the Equal Access to Justice Act

to Dana Duncan in the amount of $7,500.00.

    s/V. Olmo, Deputy Clerk      12/23/2014
   Peter Oppeneer, Clerk of Court      Date